# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Gerardo Gonzalez-Cortes,<br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-3468<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for _____, <u>8/29/2025</u>, at <u>1:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>640</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>August 18, 2025</u>

_____
Steve Kim, U.S. Magistrate Judge

---